# RETURN OF SERVICE

| | DATE |
|---|---|
| *SEE ATTACHED SHEET FOR ADDITIONAL DOCS* Service of the Summons and Complaint was made by me | 11/26/07; 7:50 PM |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| TIM BLY, COUNTY PROCESS SERVICE | REG. PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served:
   MARILOU CAYABYAB
   1243 HILLVIEW DRIVE, MILPITAS, CA 95035

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $42.50 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/29/07
              Date

Signature of Server  TIMOTHY BLY
31 EAST JULIAN STREET
SAN JOSE, CA 95112

Address of Server

**COUNTY PROCESS SERVICE, INC.**
31 East Julian Street
San Jose, CA 95112
(408) 297-6070

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RAMIZ V CAYABYAB
C07-0670 HRL

## ADDITIONAL DOCUMENTS SERVED:

-CONSENT TO PROCEED BEFORE A US MAGISTRATE JUDGE,

-ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE,

-ADR DEADLINES,

-STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES,

-LOCAL RULES AND GUIDELINES,

-REGISTRATION INFORMATION HANDOUT,

-ADR INFO AND FORMS,

-ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES