MARTIN DEUTSCH   (SBN 111409)
SOSAN AKBAR   (SBN 212424)
LAW OFFICES OF MARTIN DEUTSCH
440 N. FIRST STREET
SAN JOSE, CA 95112
(408) 947-1760
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR RAMIREZ by and through his conservator of his person and estate ROBERT D. CECIL; ELIZABETH RAMIREZ; and PROJECT SENTINEL, a California not-for-profit organization<br><br>Plaintiffs,<br><br>MARIO and MARILOU CAYABYAB<br><br>Defendants. | Case No.: 5:07-CV-05670-HRL<br><br>**ANSWER OF DEFENDANTS MARIO and MARILOU CAYABYAB** |

Defendants, MARIO and MARILOU CAYABYAB hereby answers the complaint of Plaintiffs, ARTHUR RAMIREZ by and through his conservator of his person and estate ROBERT D. CECIL; ELIZABETH RAMIREZ; and PROJECT SENTINEL, a California not-for-profit organization. as follows:

2) Defendants admit to each and every, all and singular, the allegations contained in Paragraphs 9, 10, 11 and 37.

3) Defendants deny each and every, all and singular, the allegations contained in paragraphs 1, 12, 18, 21, 22, 23, 24, 25, 26, 27, 30, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, and 62 of the complaint.

4) Defendants have no information or belief that the following statements are true, so Defendants deny them: 2, 3, 4, 5, 6, 7, 8, 13, 14, 15, 16, 17, 19, 20, 28, 29, 31, 32, 33, 34, 35, and 36.

5) Defendants allege the following additional reasons that Plaintiffs are not entitled to recover anything:

AS A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

The Complaint, and each of its causes of action, fails to state facts sufficient to constitute any cause of action.

AS A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

The Complaint and each cause of action therein, are uncertain, ambiguous, and unintelligible.

AS A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

These answering Defendants allege that Plaintiffs failed and neglected to use reasonable care to minimize and mitigate the losses, injury and damage complained of, if any there were.

AS A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

The relief sought by Plaintiffs is barred because any damages suffered by Plaintiff were proximately caused by Plaintiffs' own conduct, acts, or omissions.

AS A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

The Defendants and Plaintiffs were themselves careless and negligent in and about the matters alleged in the Complaint, and that said carelessness and negligence proximately contributed to the injuries, loss and damages complained of, if any there were.

AS A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

The Defendants and/ or Plaintiffs knowingly and voluntarily assumed the risk and hazard, if any, incident to the activities in which they were engaged at the time voluntarily assumed the risk and hazard, if any, incident to the activities in which they were engaged at the time of the alleged accident/incident, and that said voluntary assumption of the risk upon the part of said parties proximately caused and contributed to the injuries and damages to said parties, if any there were.

AS A SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

Plaintiffs' Complaint, and each cause of action therein, is barred by the doctrine of laches.

AS A EIGHTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

Plaintiffs' Complaint and each cause of action therein, is barred by the doctrine of waiver.

AS A NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

Plaintiffs' Complaint and each cause of action therein, is barred by the doctrine of estoppel.

AS A TENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

Plaintiffs have suffered no economic damages as a result of any acts and/ or omissions by these answering Defendants.

AS A ELEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

Plaintiffs' Complaint, and each cause of action therein, is barred by the doctrine of unclean hands.

AS A TWELFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

Plaintiffs' alleged causes of action stated in the Complaint are barred, in whole or in part, in that Plaintiffs failed to perform certain conditions precedent to the duty of these answering Defendants to perform the duties claimed by Plaintiffs to have been breached.

AS A THIRTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

The duty of Defendants is to perform its obligations under the contract between it and Plaintiffs' has been excused by Plaintiffs' material breach of the said Contract.

AS A FOURTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

Plaintiffs' Complaint is barred by the doctrine of frustration of purposes.

AS A FIFTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendant allege that:

The relief sought by Plaintiffs is barred because there was no reliance, either justifiable or actual, by Plaintiffs on any of the claimed representations made by Defendants.

AS A SIXTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

Plaintiffs had no probable cause for bringing any action against this answering Defendant.

AS A SEVENTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

Each cause of action contained in Plaintiffs' Complaint is barred, in whole or in part, by the applicable statute of limitations.

AS A EIGHTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

The relief sought by Plaintiffs is barred to the extent that it is based upon evidence inadmissible under the Parole Evidence Rule.

AS A NINETEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

The relief sought by Plaintiffs is barred because Plaintiffs consented to the acts complained of.

AS A TWENTIETH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

The relief sought by Plaintiffs is barred because the alleged misrepresentations were not statements of fact but were expressions of hope or opinions which are not actionable as fraud or misrepresentations.

AS A TWENTY-FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

The relief sought by Plaintiffs is barred because any damages suffered by Plaintiffs were proximately caused by Plaintiffs' own conduct, acts, or omissions, including but not limited to, poor business judgment, mismanagement of the franchise, and failure to use best efforts in performance of the contract.

AS A TWENTY-SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

Plaintiffs are not entitled to recover punitive or exemplary damages herein, and any allegations with respect thereto should be stricken to the extent that Plaintiffs have failed to plead and cannot establish facts sufficient to support allegations of oppressive, fraudulent or malicious conduct.

AS A TWENTY-THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

Plaintiffs have not complied with all of the conditions precedent to the institution of this action.

AS A TWENTY-FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

Plaintiffs entered into the transaction alleged in the Complaint with full knowledge and appreciation of the risks attendant thereto and knowingly assumed said risks

AS A TWENTY-FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that:

The relief sought by Plaintiffs is barred because performance by Defendants was prevented by acts or omissions of Plaintiffs or others.

3) **DEFENDANTS PRAY**

    a) that plaintiffs take nothing;

    b) for award of reasonable attorney's fees;

    c) for costs of suit herein incurred;

    d) for such other relief the court deems proper.

**LAW OFFICES OF MARTIN DEUTSCH**

DATED: January 21 2007

MARTIN DEUTSCH
SOSAN AKBAR
Attorneys for Defendants