MARTIN DEUTSCH   (SBN 111409)
SOSAN AKBAR   (SBN 212424)
LAW OFFICES OF MARTIN DEUTSCH
440 N. FIRST STREET
SAN JOSE, CA 95112
(408) 947-1760
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR RAMIREZ by and through his conservator of his person and estate ROBERT D. CECIL; ELIZABETH RAMIREZ; and PROJECT SENTINEL, a California not-for-profit organization<br><br>Plaintiffs,<br><br>MARIO and MARILOU CAYABYAB<br><br>Defendants. | Case No.: 5:07-CV-05670-HRL<br><br>PROOF OF SERVICE |

I am a citizen of the United States and an employee of the County aforesaid. I am over the age of eighteen years and not a party to the within action. My business address is 440 North First Street, Suite 200, San Jose, California 95112. On the date mentioned below, I caused a true copy (ies) of the following document(s) to be served on the parties below using the method(s) checked:

**ANSWER OF DEFENDANTS MARIO and MARILOU CAYABYAB**

on the Addressee(s) below named in said action by:

[X]   First Class Mail. I am familiar with the regular mail collection and processing practices of the business. The mail will be deposited with the United States Postal Service on the same day following ordinary business practices. I enclosed the above-mentioned document(s) in a sealed envelope with postage thereon fully prepaid in the United States Post Office mail box at San Jose, California.

[ ]   Express Mail Delivery.

[X]   Facsimile at the fax numbers shown after each name below.

**Addressee(s):**

**Hilary Gail Armstrong**
Law Foundation of Silicon Valley
AIDS Legal Services
111 West St. John Street
Suite 315
San Jose, CA 95113
Fax: 408-293-0106

**Kimberly Pederson**
Law Foundation of Silicon Valley
111 West St. John Street
Suite 315
San Jose, CA 95113
Fax: 408-293-0106

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on ~~January 21~~ February 04, 2008 at San Jose, California.

Erin Escobar