UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   February 26, 2008                                   Time in Court: 6 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR:

---

**TITLE:** Arthur Ramirez, et. al. v. Mario Cayabyab, et. al.
**CASE NUMBER**: C07-05670HRL
Plaintiff Attorney present: Hilary Armstrong and Kim Pederson
Defendant Attorney present: Sosan Akbar

---

**PROCEEDINGS: Case Management Conference**


Jury trial scheduled for December 8, 2008 with a pretrial conference scheduled for December 2, 2008.  Trial estimated to be 5 days.

Court to issue written order.