**\*E-FILED 2/26/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ARTHUR RAMIREZ by and through his convervator of his person and estate ROBERT D. CECIL; ELIZABETH RAMIREZ; and PROJECT SENTINEL, a California not-for-profit organization,

    Plaintiffs,

v.

MARIO and MARILOU CAYABYAB,

    Defendants.

No. C07-05670 HRL

**CASE MANAGEMENT ORDER**

On February 26, 2008, the parties appeared for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussion held at the Conference, the court orders as follows:

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

The following modifications are made to the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure:

-     Interrogatories:    35 per party

On the parties' stipulation, this court issued an order on February 5, 2008 referring them

to the Court's Alternative Dispute Resolution Program for Mediation.

The parties shall contact the chambers of Magistrate Judge Seeborg well in advance of the Pretrial Conference to arrange a Settlement Conference to take place just prior to the Pretrial Conference.

Defendants shall complete their initial disclosures by **March 4, 2008**.

The following schedule shall apply to this case:

| | |
|---|---|
| Fact Discovery Cutoff | August 5, 2008 |
| Designation of Experts with Reports | August 5, 2008 |
| Designation of Rebuttal Experts with Reports | August 19, 2008 |
| Expert Discovery Cutoff | September 2, 2008 |
| Last Day for Hearing on Dispositive Motions | October 14, 2008 |
| Final Pretrial Conference | December 2, 2008, 1:30 p.m. |
| Jury Trial (estimated 5 days) | December 8, 2008 |

Any motions to compel fact discovery must be filed no later than seven court days after the Fact Discovery Cutoff, and any motions to compel expert discovery must be filed no later than seven court days after the Expert Discovery Cutoff. (See Civ. L.R. 26-2).

Furthermore, the parties shall comply with the undersigned's Standing Order re: Pretrial Preparation with regard to the timing and content of the Joint Pretrial Statement, and other pretrial submissions.[1]

IT IS SO ORDERED.

Dated: February 26, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Parties may obtain copies of all of Judge Lloyd's standing orders from the clerk of the court, or from Judge Lloyd's page on the court's website (www.cand.uscourts.gov).

1  **5:07-cv-5670 Notice has been electronically mailed to:**

2  Hilary Gail Armstrong hilarya@lawfoundation.org

3  Martin Robert Deutsch deutschlaw@msn.com

4  Kimberly Pederson kimp@lawfoundation.org

5  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California