| | |
|---|---|
| 1 | KIM PEDERSON, State Bar # 234785 |
| 2 | kimp@lawfoundation.org |
|   | **LFSV FAIR HOUSING LAW PROJECT** |
| 3 | ALISON BRUNNER, State Bar # 180979 |
| 4 | alisonb@lawfoundation.org |
|   | HILARY ARMSTRONG, State Bar # 234750 |
| 5 | hilarya@lawfoundation.org |
|   | **LFSV AIDS LEGAL SERVICES** |
| 6 | 111 West Saint John Street, Suite 315 |
|   | San Jose, California 95113 |
| 7 | Telephone: 408-280-2467 |
|   | Facsimile: 408-293-0106 |
| 8 | |
| 9 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR RAMIREZ by and through his conservator of his person and estate ROBERT D. CECIL; ELIZABETH RAMIREZ; and PROJECT SENTINEL, a California not-for-profit organization, <br><br> Plaintiffs, <br><br> v. <br><br> MARIO and MARILOU CAYABYAB, <br><br> Defendants. | Case No. C 07-05670 HRL <br> **STIPULATION TO EXTEND TIME FOR MEDIATION** |

Plaintiffs ARTHUR RAMIREZ, by and through his conservator ROBERT D. CECIL, ELIZABETH RAMIREZ and PROJECT SENTINEL and defendants MARIO and MARILOU CAYABYAB hereby stipulate to the following:

1. On February 5, 2008, this Court ordered the parties to complete a mediation session within 90 days.

---

STIPULATION TO EXTEND TIME FOR MEDIATION
CASE NO. C 07-05670 HRL

1

2. The parties have agreed to attend a mediation session that will take place on May 15, 2008 or May 29, 2008 with mediator Barbara S. Bryant. Both of these dates are beyond the 90-day deadline.

3. Plaintiffs and Defendants stipulate to extend their time to mediate this case by May 30, 2008.

SO STIPULATED.

Dated:  April 28, 2008                **LAW FOUNDATION OF SILICON VALLEY**
                                      **FAIR HOUSING LAW PROJECT**
                                      **AIDS LEGAL SERVICES**

                                      _____/s/_____
                                      Kim Pederson
                                      Attorneys for Plaintiffs

Dated: April 28, 2008                 **LAW OFFICES OF MARTIN DEUTSCH**

                                      _____/s/_____
                                      Martin Deutsch
                                      Attorneys for Defendants

    I, Kim Pederson, am the ECF user whose ID and password are being used to file this Stipulation to Extend Time for Mediation. I hereby attest that Martin Deutsch has concurred in this filing.

Dated:  April 30, 2008                **LAW FOUNDATION OF SILICON VALLEY**
                                      **FAIR HOUSING LAW PROJECT**
                                      **AIDS LEGAL SERVICES**

                                      _____/s/_____
                                      Kim Pederson
                                      Attorneys for Plaintiffs