KIM PEDERSON, State Bar # 234785
kimp@lawfoundation.org
**LFSV FAIR HOUSING LAW PROJECT**
ALISON BRUNNER, State Bar # 180979
alisonb@lawfoundation.org
HILARY ARMSTRONG, State Bar # 234750
hilarya@lawfoundation.org
**LFSV AIDS LEGAL SERVICES**
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: 408-280-2467
Facsimile: 408-293-0106

Attorneys for Plaintiffs

*ORDER E-FILED 5/5/2008*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR RAMIREZ by and through his conservator of his person and estate ROBERT D. CECIL; ELIZABETH RAMIREZ; and PROJECT SENTINEL, a California not-for-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>MARIO and MARILOU CAYABYAB,<br><br>Defendants. | Case No. C 07-05670 HRL<br><br>[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR MEDIATION |

Having read and considered the Stipulation submitted by Plaintiffs ARTHUR RAMIREZ, by and through his conservator ROBERT D. CECIL, ELIZABETH RAMIREZ and PROJECT SENTINEL and defendants MARIO and MARILOU CAYABYAB on April 30, 2008, and GOOD CAUSE APPEARING, it is ordered:

1. The parties have agreed to attend a mediation session that will take place on May 15, 2008 or May 29, 2008 with mediator Barbara S. Bryant. Both of these dates are beyond the 90-day deadline originally set by the court on February 5, 2008.

---

2. The stipulated request of Plaintiffs and Defendants to extend their deadline to complete mediation by May 30, 2008 is GRANTED.

3. **All other deadlines and dates set in this court's February 26, 2008 order remain unchanged.**

IT IS SO ORDERED.

Dated: May 5, 2008

_____
Hon. Howard R. Lloyd
United States Magistrate Judge

[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR MEDIATION
CASE NO. C 07-05670 HRL

2