1   KIM PEDERSON, State Bar # 234785
    kimp@lawfoundation.org
2   **LFSV FAIR HOUSING LAW PROJECT**
    ALISON BRUNNER, State Bar # 180979
3   alisonb@lawfoundation.org
    HILARY ARMSTRONG, State Bar # 234750
4   hilarya@lawfoundation.org
5   **LFSV AIDS LEGAL SERVICES**
    111 West Saint John Street, Suite 315
6   San Jose, California 95113
    Telephone:  408-280-2467
7   Facsimile:   408-293-0106
8
    Attorneys for Plaintiffs
9

10              **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12                    **SAN JOSE DIVISION**

13
    ARTHUR RAMIREZ by and through his              Case No.  C 07-05670 HRL
14  conservator of his person and estate ROBERT D.
    CECIL; ELIZABETH RAMIREZ; and PROJECT          **STIPULATION TO EXTEND**
15  SENTINEL, a California not-for-profit          **DEADLINES SET FORTH IN**
    organization,                                  **SCHEDULING ORDER**
16
17          Plaintiffs,

18          v.

19  MARIO and MARILOU CAYABYAB,

20          Defendants.

21

22      Plaintiffs ARTHUR RAMIREZ, by and through his conservator ROBERT D. CECIL,

23  ELIZABETH RAMIREZ and PROJECT SENTINEL and defendants MARIO and MARILOU

24  CAYABYAB hereby stipulate to the following:

25      1.  Parties attended a mediation with Barbara S. Bryant on May 29, 2008:

26      2.  The case did not settle on the day of the mediation, but parties are currently making

27          progress towards settlement;

28

─────────────────────────────────────────────────────────────
STIPULATION TO EXTEND DEADLINES SET FORTH IN SCHEDULING ORDER
CASE NO. C 07-05670 HRL                                                    1

3. As set forth in the scheduling order issued by this Court on February 26, 2008, the deadline for fact discovery will be on August 5, 2008;

4. Parties have not yet completed discovery, and will not complete discovery before August 5, 2008 because they have been focusing their attention on settlement of this case;

5. Completing discovery before August 5, 2008 will require the expenditure of additional resources, which will adversely affect the parties' settlement positions;

6. As a result, the parties stipulate to amend the scheduling order as follows:

    a. Fact Discovery Cutoff:                   October 3, 2008

    b. Designation of Experts with Reports:     October 3, 2008

    c. Designation of Rebuttal Experts with Reports:   October 17, 2008

    d. Expert Discovery Cutoff:               October 31, 2008

    e. Last Day for Hearing Dispositive Motions:   December 12, 2008

    f. Final Pretrial Conference:             January 27, 2009, 1:30pm

    g. Jury Trial (estimated 5 days):         February 2, 2009


SO STIPULATED.


Dated: July 23, 2008            **LAW FOUNDATION OF SILICON VALLEY**
                            FAIR HOUSING LAW PROJECT
                            AIDS LEGAL SERVICES


                            _____/s/_____
                            Kim Pederson
                            Attorneys for Plaintiffs

Dated: July 23, 2008            **LAW OFFICES OF MARTIN DEUTSCH**


                            _____/s/_____
                            Martin Deutsch
                            Attorneys for Defendants

1       I, Kim Pederson, am the ECF user whose ID and password are being used to file this

2  Stipulation to Extend Time for Mediation. I hereby attest that Martin Deutsch has concurred in

3  this filing.

4  Dated:  July 23, 2008              **LAW FOUNDATION OF SILICON VALLEY**

5                            FAIR HOUSING LAW PROJECT

                              AIDS LEGAL SERVICES

6

7                            _____/s/_____

8                            Kim Pederson

                            Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28