KIM PEDERSON, State Bar # 234785
kimp@lawfoundation.org
**LFSV FAIR HOUSING LAW PROJECT**
ALISON BRUNNER, State Bar # 180979
alisonb@lawfoundation.org
HILARY ARMSTRONG, State Bar # 234750
hilarya@lawfoundation.org
**LFSV AIDS LEGAL SERVICES**
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: 408-280-2467
Facsimile: 408-293-0106

Attorneys for Plaintiffs

\*ORDER E-FILED 7/24/2008\*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR RAMIREZ by and through his conservator of his person and estate ROBERT D. CECIL; ELIZABETH RAMIREZ; and PROJECT SENTINEL, a California not-for-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>MARIO and MARILOU CAYABYAB,<br><br>Defendants. | Case No. C 07-05670 HRL<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO EXTEND DEADLINES SET FORTH IN SCHEDULING ORDER<br><br>**(MODIFIED BY THE COURT)** |

Having read and considered the Stipulation submitted by Plaintiffs ARTHUR RAMIREZ, by and through his conservator ROBERT D. CECIL, ELIZABETH RAMIREZ and PROJECT SENTINEL and defendants MARIO and MARILOU CAYABYAB on July 23, 2008 and GOOD CAUSE APPEARING, it is ordered that the scheduling order in this case shall be amended as follows:

    a. Fact Discovery Cutoff:  October 3, 2008
    b. Designation of Experts with Reports:  October 3, 2008

|   |   |   |
|---|---|---|
| c. | Designation of Rebuttal Experts with Reports: | October 17, 2008 |
| d. | Expert Discovery Cutoff: | October 31, 2008 |
| e. | Last Day for Hearing Dispositive Motions: | December 16, 2008 |
| f. | Final Pretrial Conference: | January 27, 2009, 1:30pm |
| g. | Jury Trial (estimated 5 days): | February 2, 2009 |

IT IS SO ORDERED.

Dated:   July 24, 2008

_____
Hon. Howard R. Lloyd
United States Magistrate Judge

[PROPOSED] ORDER ON STIPULATION TO EXTEND DEADLINES SET FORTH IN SCHED. ORDER
CASE NO. C 07-05670 HRL

2