415-522-4112

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Ramirez,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>Cayabyab,<br><br>　　　　Defendant(s). | No. C 07-05670 HRL MED<br><br>**Certification of ADR Session** |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _May 29, 2008_

2. Did the case settle?　　☐ fully　　☐ partially　　☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____
   
   ☒ phone discussions expected by (date) _on-going phone calls are going on, which should resolve the_
   
   ☐ no _case in the next few weeks._

4. IS THIS ADR PROCESS COMPLETED?　　☐ YES　　☒ NO

Dated: _7/23/08_　　　　_/s/ Barbara S. Bryant_
　　　　　　　　　　　　　Mediator, Barbara S. Bryant
　　　　　　　　　　　　　1563 Solano Avenue
　　　　　　　　　　　　　Box 215
　　　　　　　　　　　　　Berkeley, CA 94707

**Certification of ADR Session**
07-05670 HRL MED