| | |
|---|---|
| 1 | KIM PEDERSON, State Bar # 234785 |
| 2 | kimp@lawfoundation.org |
|   | **LFSV FAIR HOUSING LAW PROJECT**          *ORDER E-FILED 1/21/2009* |
| 3 | ALISON BRUNNER, State Bar # 180979 |
| 4 | alisonb@lawfoundation.org |
|   | HILARY ARMSTRONG, State Bar # 234750 |
| 5 | hilarya@lawfoundation.org |
|   | **LFSV AIDS LEGAL SERVICES** |
| 6 | 111 West Saint John Street, Suite 315 |
|   | San Jose, California 95113 |
| 7 | Telephone:  408-280-2467 |
|   | Facsimile:   408-293-0106 |
| 8 | |
|   | Attorneys for Plaintiffs |
| 9 | |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR RAMIREZ by and through his conservator of his person and estate DONALD R. MOODY; ELIZABETH RAMIREZ; and PROJECT SENTINEL, a California not-for-profit organization, | Case No.  C 07-05670 HRL |
|   | **NOTICE OF SETTLEMENT** |
| Plaintiffs, | **AND ORDER** |
| v. | |
| MARIO and MARILOU CAYABYAB, | |
| Defendants. | |

PLEASE TAKE NOTICE that the parties have reached a settlement in this matter. As plaintiff Arthur Ramirez is a conserved individual, the settlement agreement is subject to court approval, a petition for which is filed concurrently with this notice.

As a result of this settlement, the parties respectfully request that all deadlines set forth in this court's Order on Stipulation to Extend Deadlines Set Forth in Scheduling Order (July 24,

---

NOTICE OF SETTLEMENT
CASE NO. C 07-05670 HRL                                                                                              1

1  2008; Docket Number 23) be suspended pending dismissal of this action upon completion of all

2  conditions set forth in the Settlement Agreement and Mutual Release agreed to by the parties.

4  Date:  January 16, 2009

6  _____/s/_____
7  Kim Pederson
   Attorney for PLAINTIFF Arthur Ramirez

10  Dated:  January 21, 2009

IT IS SO ORDERED

/s/ Judge Howard R. Lloyd

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF SETTLEMENT
CASE NO. C 07-05670 HRL

2