*E-FILED 01-20-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR RAMIREZ by and through his conservator of his person and estate DONALD R. MOODY; ELIZABETH RAMIREZ; and PROJECT SENTINEL, a California not-for-profit organization,<br><br>        Plaintiffs,<br><br>  v.<br><br>MARIA and MARILOU CAYABYAB,<br><br>        Defendants. | No. C07-05670 HRL<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

The parties reached a settlement in this matter, with a dismissal to be filed after all conditions set out in their settlement agreement are satisfied. Accordingly, this court finds no reason to keep this case on the active list of pending litigation. The clerk shall administratively close the file.

SO ORDERED.

Dated:   January 20, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:07-cv-05670-HRL Notice has been electronically mailed to:

2  Hilary Gail Armstrong     hilarya@lawfoundation.org

3  Kimberly Pederson     kimp@lawfoundation.org

4  Martin Robert Deutsch     deutschlaw@msn.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2